JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JONATHAN GONZALEZ BECERRA,<br>　　　Petitioner,<br><br>　　　　v.<br><br>I. JACQUEZ,<br>　　　Respondent. | CV 22-3911 DSF<br><br>JUDGMENT |

　　The Court having denied the petition for a writ of habeas corpus,

　　IT IS ORDERED AND ADJUDGED that Petitioner not receive the relief he sought in the petition.

Date: October 31, 2022

　　　　　　　　　　　　　　　　　　*/s/ Dale S. Fischer*
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge